DOCUMENTS UNDER SEAL [ ]   TOTAL TIME (mins): 42 mins

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK Indira Aguilar | | REPORTER/FTR 11:35am to 12:17pm | |
|---|---|---|---|---|
| MAGISTRATE JUDGE Donna M. Ryu | DATE 2/04/2019 | | NEW CASE [ ] | CASE NUMBER 19-cr-00045-PJH-1 |

## APPEARANCES

| DEFENDANT Linda Nguyen | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Joyce Leavitt (Spec. Appear.) | PD. [X] RET. [ ] APPT. [ ] |
|---|---|---|---|---|---|
| U.S. ATTORNEY Christopher Davide Vieira | INTERPRETER | | | FIN. AFFT SUBMITTED [ ] | COUNSEL APPT'D [ ] |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Kalisi Kupu | | | DEF ELIGIBLE FOR APPT'D COUNSEL [ ] | PARTIAL PAYMENT OF CJA FEES [ ] |

## PROCEEDINGS SCHEDULED TO OCCUR

| | | | | | | |
|---|---|---|---|---|---|---|
| [X] INITIAL APPEAR 36 mins | [ ] PRELIM HRG | [ ] MOTION | [ ] JUGM'T & SENTG | [ ] STATUS [ ] TRIAL SET | | |
| [X] I.D. COUNSEL 6 mins | [ ] ARRAIGNMENT | [ ] BOND HEARING | [ ] IA REV PROB. or or S/R | [ ] OTHER | | |
| [ ] DETENTION HRG | [ ] ID / REMOV HRG | [ ] CHANGE PLEA | [ ] PROB. REVOC. | [ ] ATTY APPT HEARING | | |

## INITIAL APPEARANCE

| [X] ADVISED OF RIGHTS | [X] ADVISED OF CHARGES | [ ] NAME AS CHARGED IS TRUE NAME | [ ] TRUE NAME: |
|---|---|---|---|

## ARRAIGNMENT

| [ ] ARRAIGNED ON INFORMATION | [ ] ARRAIGNED ON INDICTMENT | [ ] READING WAIVED SUBSTANCE | [ ] WAIVER OF INDICTMENT FILED |
|---|---|---|---|

## RELEASE

| [ ] RELEASED ON O/R | [X] ISSUED Unsecured APPEARANCE BOND | AMT OF SECURITY $ 25,000.00 | SPECIAL NOTES | [ ] PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED [ ] CASH $ Post Bail | CORPORATE SECURITY [ ] | | REAL PROPERTY: [ ] | |
| [ ] MOTION FOR DETENTION | [X] PRETRIAL SERVICES REPORT | [ ] DETAINED | [X] RELEASED | [ ] DETENTION HEARING AND FORMAL FINDINGS WAIVED | [ ] REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

## PLEA

| [ ] CONSENT ENTERED | [ ] NOT GUILTY | [ ] GUILTY | GUILTY TO COUNTS: [ ] |
|---|---|---|---|
| [ ] PRESENTENCE REPORT ORDERED | [ ] CHANGE OF PLEA | [ ] PLEA AGREEMENT FILED | OTHER: |

## CONTINUANCE

| TO: 2/15/2019 | [X] ATTY APPT HEARING (private) | [ ] BOND HEARING | [ ] STATUS RE: CONSENT | [ ] TRIAL SET |
|---|---|---|---|---|
| AT: 9:30am | [ ] SUBMIT FINAN. AFFIDAVIT | [ ] PRELIMINARY HEARING | [ ] CHANGE OF PLEA | [ ] STATUS |
| BEFORE HON. DMR | [ ] DETENTION HEARING | [X] ARRAIGNMENT | [ ] MOTIONS | [ ] JUDGMENT & SENTENCING |
| [ ] TIME WAIVED | [ ] TIME EXCLUDABLE UNDER 18 § USC 3161 | [ ] IDENTITY / REMOVAL HEARING | [ ] PRETRIAL CONFERENCE | [ ] PROB/SUP REV. HEARING |

## ADDITIONAL PROCEEDINGS

Case ordered unsealed. Deft stated she will retain her own counsel. Court heard evidence re: Deft's obstruction of justice through testimony of special FBI agent James G. Kang.

cc: Ivy

DOCUMENT NUMBER: