**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
13TH FLOOR FEDERAL BUILDING - SUITE 1350N
1301 CLAY STREET
OAKLAND, CA 94612

**STEVEN G. KALAR**
*Federal Public Defender*
**JOYCE LEAVITT**
*Assistant Federal Public Defender*

Telephone:  (510) 637-3500
Fax:  (510) 637-3507
Email:  Joyce_Leavitt@fd.org

February 13, 2019

The Honorable Donna M. Ryu
United States Magistrate Judge
Oakland Courthouse 3rd floor
1301 Clay Street
Oakland, CA 94612
Attn: Courtroom Deputy

**RE:  US v. Linda Nguyen, CR 19-045 PJH –Vietnamese interpreter for 2/15 appearance**

Your Honor:

     Ms. Nguyen made an initial appearance on February 4, 2019, and was released on bond and ordered to appear this Friday, February 15, 2019, at 9:30 am for identification of counsel after indicating that she would hire her own attorney.  At the end of last week, the daughter of Ms. Nguyen called me because Ms. Nguyen had my business card and her daughter had questions regarding the purpose of the next court appearance.  As I spoke to the daughter, she spoke to Ms. Nguyen in Vietnamese to translate what I was saying. I asked Ms. Nguyen's daughter whether Ms. Nguyen needs a Vietnamese interpreter for court appearances and Ms. Nguyen said that it would be helpful.  It is my understanding that Ms. Nguyen is still attempting to retain counsel and I do not anticipate being appointed. However, I told Ms. Nguyen's daughter that I would inform the Court of the request for a Vietnamese interpreter. Thank you.

Sincerely,

STEVEN G. KALAR
Federal Public Defender
Northern District of California

     /S/

JOYCE LEAVITT
Assistant Federal Public Defender

cc:    Christopher Vieira, SAUSA
        US Pretrial Services