| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 7 minutes | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Indira Aguilar | REPORTER/FTR<br>9:34 to 9:38am; recalled 11:14 to 11:17am | |
| MAGISTRATE JUDGE<br>Kandis A. Westmore | DATE<br>5/1/2019 | NEW CASE ☐ | CASE NUMBER<br>19-cr-00045-PJH-1 |

### APPEARANCES

| DEFENDANT<br>Linda Nguyen | AGE | CUST<br>N | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Robert Pave | PD. ☐ RET. ☒<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Robert Leach for C. Viera and Katherine Lloyd-Lovett at recalling of case | | INTERPRETER<br>Hong Ha (Vietnamese) | | FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Katrina Chu | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ | |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS / STATUS TRIAL SET |
|---|---|---|---|---|
| ☒ I.D. COUNSEL<br>7 mins | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

☐ ADVISED OF RIGHTS    ☐ ADVISED OF CHARGES    ☐ NAME AS CHARGED IS TRUE NAME    ☐ TRUE NAME:

### ARRAIGNMENT

☐ ARRAIGNED ON INFORMATION    ☐ ARRAIGNED ON INDICTMENT    ☐ READING WAIVED SUBSTANCE    ☐ WAIVER OF INDICTMENT FILED

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

PROPERTY TO BE POSTED      CORPORATE SECURITY ☐      REAL PROPERTY: ☐
☐ CASH  $

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>6/12/19 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT:<br>1:30pm | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☒ STATUS |
| BEFORE HON.<br>PJH | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Deft. informs the Court that her retained counsel was running late. Case recalled and Deft's counsel Robert Pave appeared and apologizes to the Court and all parties for being tardy and informs the Court that he went to the wrong court location.
cc: Kelly

DOCUMENT NUMBER: